DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
BANG VAN PHAM ) Case No. 06-52451 RLE
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2454362 for an unclaimed dividend in the amount of $106.93. The name and address of the claimant entitled to the unclaimed dividend is as follows;

BANG VAN PHAM
2956 STALLION WAY
SAN JOSE, CA 95121

Dated: September 04, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE